# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
### WESTERN DIVISION

ROBERT D. TREADWAY                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:06cv20-DCB-JMR

RIVER REGION MEDICAL CORPORATION
A/K/A RIVER REGION HEALTH SYSTEMS
D/B/A RIVER REGION MEDICAL CENTER,
JOHN T. MAZZEO, M.D.,
and JANE & JOHN DOES 1-20                                            DEFENDANTS

## JUDGMENT OF DISMISSAL

This matter having come before the Court on the defendants' Motion to Enforce Settlement Agreement [docket entry no. 31] and the Court having granted said Motion by Order of even date herewith, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** as to all of the plaintiff's claims against the defendants.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants shall not recover from the plaintiff any costs, sanctions, or expenses associated with their defense of this action.

**IT IS FURTHER ORDERED AND ADJUDGED**, this matter having been concluded, all pending motions, if any, are hereby moot and

accordingly dismissed.

**SO ORDERED AND ADJUDGED,** this the  13th  day of December 2007.

                                                     s/ David Bramlette
                                      **UNITED STATES DISTRICT JUDGE**